**Order entered March 5, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00161-CV

## IN THE INTEREST OF T.R.N., ET AL., CHILDREN

**On Appeal from the 305th Judicial District Court
Dallas County, Texas
Trial Court Cause No. JC-17-00385-X**

## ORDER

This is an accelerated appeal in a parental termination case. Although the reporter's record was first due February 15, 2019, the record has not been filed. Accordingly, we **ORDER** Pamela Sumler, Official Court Reporter of the 305th Judicial District Court, to **file the record no later than March 15, 2019.** *The trial court must arrange for a substitute reporter, if necessary, to ensure the record is timely filed. See* TEX. R. APP. P. 28.4(b)(1).

As the clerk's record reflects appellant is indigent, the record shall be filed without payment of costs.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Cheryl Lee Shannon, Presiding Judge of the 305th Judicial District Court; Ms. Sumler; and, the parties.


/s/      KEN MOLBERG
           JUSTICE